**Denise GOLSON, Petitioner,**

v.

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent.**

Supreme Court of Pennsylvania.

Dec. 18, 2002.

*ORDER*

PER CURIAM.

**AND NOW,** this 18th day of December, 2002, this matter was improvidently filed as a petition for allowance of appeal under Pa.R.A.P. 1112, where the proper mode of review is an appeal under Pa.R.A.P. 1101. Upon review of the merits of the claim, the order of the Commonwealth Court is affirmed.

---

**17.** The Prothonotary of the Supreme Court is directed to transmit the complete record of this case to the Governor of Pennsylvania. *See* 42 Pa.C.S. § 9711(i)(Supp.1997).